CATHERINE CABALO, ESQ. (CA Bar No. 248198)
PEIFFER ROSCA WOLF ABDULLAH CARR & KANE
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: (415) 766.3592
Facsimile: (415) 402.0058
Email: ccabalo@prwlegal.com
*Attorneys for Plaintiff*
*GRACE E. SMITH*

*\* Defendants and their respective counsel are listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARKET ON MARKET LLC dba THE MARKET; SRI NINE MARKET SQUARE LLC; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. 4:16-cv-07410-SBA<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Federal Rule of Civil Procedure 41(a)(1)(A)(ii) |

CHARLES D. JARRELL, ESQ. (CA Bar No. 172108)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
855 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
T: (213) 622-5555
F: (213) 620-8816
Email: cjarrell@allenmatkins.com
*Attorneys for Defendant*
*SRI NINE MARKET SQUARE LLC*

CONSTANTINE PANAGOTACOS, ESQ. (CA Bar No. 238557)
DUNN & PANAGOTACOS LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
T: (415) 982-2100
F: (415) 982-2119

Email: cpanagotacos@dpllp.com
*Attorneys for Defendant*
*MARKET ON MARKET LLC dba THE MARKET*

## STIPULATION

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Docket No. 21 (the Consent Decree and Order ("CDO"), the parties jointly request the dismissal of the within legal action with prejudice subject to the Court retaining jurisdiction of this action to enforce provisions of the CDO, including dispute resolution, for twelve (12) months after the date of entry of this Order by the Court, or until all injunctive relief is completed, whichever occurs later.

IT IS SO STIPULATED.

Dated: September 14, 2017          PEIFFER ROSCA WOLF ABDULLAH CARR & KANE

　　　　　　　　　　　　　　　　　　 */s/ Catherine Cabalo*
　　　　　　　　　　　　　　　　　　 BY: CATHERINE CABALO
　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　 GRACE E. SMITH

Dated: September 14, 2017          ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

　　　　　　　　　　　　　　　　　　 */s/ Charles D. Jarrell*
　　　　　　　　　　　　　　　　　　 BY: CHARLES D. JARRELL
　　　　　　　　　　　　　　　　　　 Attorneys for Defendant
　　　　　　　　　　　　　　　　　　 SRI NINE MARKET SQUARE LLC

Dated: September 14, 2017          DUNN & PANAGOTACOS LLP

　　　　　　　　　　　　　　　　　　 */s/ Constantine Panagotacos*
　　　　　　　　　　　　　　　　　　 BY: CONSTANTINE PANAGOTACOS
　　　　　　　　　　　　　　　　　　 Attorneys for Defendant
　　　　　　　　　　　　　　　　　　 MARKET ON MARKET LLC dba THE MARKET

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, **IT IS SO ORDERED.**

Dated: September __, 2017

_____
Honorable Saundra Brown Armstrong
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on September 14, 2017, I, Catherine Cabalo, attorney with Peiffer Rosca Wolf Abdullah Carr & Kane, received the concurrence of Charles D. Jarrell and Constantine Panagotacos in the filing of this document.

 */s/ Catherine Cabalo*
Catherine Cabalo

CERTIFICATE OF SERVICE