| | |
|---|---|
| 1 | CATHERINE CABALO, ESQ. (CA Bar No. 248198) |
| 2 | PEIFFER ROSCA WOLF ABDULLAH CARR & KANE |
|   | 4 Embarcadero Center, 14th Floor |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 766.3592 |
| 4 | Facsimile: (415) 402.0058 |
|   | Email: ccabalo@prwlegal.com |
| 5 | *Attorneys for Plaintiff* |
| 6 | *GRACE E. SMITH* |

7  * *Defendants and their respective counsel are listed after the caption.*

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| 12 | GRACE E. SMITH, | ) Case No. 4:16-cv-07410-SBA |
|    |                 | ) <u>Civil Rights</u> |
| 13 |    Plaintiff,   | ) |
|    |                 | ) **STIPULATION AND [PROPOSED]** |
| 14 |    v.           | ) **ORDER FOR DISMISSAL OF ACTION** |
|    |                 | ) **WITH PREJUDICE** |
| 15 |                 | ) |
|    | MARKET ON MARKET LLC dba THE | ) Federal Rule of Civil Procedure |
| 16 | MARKET; SRI NINE MARKET SQUARE | ) 41(a)(1)(A)(ii) |
|    | LLC; and DOES 1-10, Inclusive, | ) |
| 17 |                 | ) |
|    |                 | ) |
| 18 |    Defendants.  | ) |
|    |                 | ) |

19

20  CHARLES D. JARRELL, ESQ. (CA Bar No. 172108)
    ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
21  855 South Figueroa Street, Suite 2800
    Los Angeles, CA 90017-2543
22  T: (213) 622-5555
    F: (213) 620-8816
23  Email: cjarrell@allenmatkins.com
    *Attorneys for Defendant*
24  *SRI NINE MARKET SQUARE LLC*

25

26  CONSTANTINE PANAGOTACOS, ESQ. (CA Bar No. 238557)
    DUNN & PANAGOTACOS LLP
27  369 Pine Street, Suite 506
    San Francisco, CA 94104
28  T: (415) 982-2100
    F: (415) 982-2119

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

Email: cpanagotacos@dpllp.com
*Attorneys for Defendant*
*MARKET ON MARKET LLC dba THE MARKET*

## STIPULATION

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Docket No. 21 (the Consent Decree and Order ("CDO"), the parties jointly request the dismissal of the within legal action with prejudice subject to the Court retaining jurisdiction of this action to enforce provisions of the CDO, including dispute resolution, for twelve (12) months after the date of entry of this Order by the Court, or until all injunctive relief is completed, whichever occurs later.

IT IS SO STIPULATED.

Dated: September 14, 2017      PEIFFER ROSCA WOLF ABDULLAH CARR & KANE

  */s/ Catherine Cabalo*
  BY: CATHERINE CABALO
  Attorneys for Plaintiff
  GRACE E. SMITH

Dated: September 14, 2017      ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

  */s/ Charles D. Jarrell*
  BY: CHARLES D. JARRELL
  Attorneys for Defendant
  SRI NINE MARKET SQUARE LLC

Dated: September 14, 2017      DUNN & PANAGOTACOS LLP

  */s/ Constantine Panagotacos*
  BY: CONSTANTINE PANAGOTACOS
  Attorneys for Defendant
  MARKET ON MARKET LLC dba THE MARKET

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, **IT IS SO ORDERED.**

Dated: September 14, 2017

_____
Honorable Saundra Brown Armstrong
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on September 14, 2017, I, Catherine Cabalo, attorney with Peiffer Rosca Wolf Abdullah Carr & Kane, received the concurrence of Charles D. Jarrell and Constantine Panagotacos in the filing of this document.

                           */s/ Catherine Cabalo*
                           Catherine Cabalo

CERTIFICATE OF SERVICE